Judge Buchwald

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :     INDICTMENT

           -v.-                    :     08 Cr.

MORENO ALMONTE-PAULINO,             :
    a/k/a "Modesto Paulino,"
    a/k/a "Amante Moreno,"          :

                    Defendant.
- - - - - - - - - - - - - - - - - -x

08 CRIM 678

COUNT ONE

The Grand Jury charges:

From in or about May 2008 up to and including in or about July 2008, in the Southern District of New York and elsewhere, MORENO ALMONTE-PAULINO, a/k/a "Modesto Paulino," a/k/a "Amante Moreno," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been removed from the United States on or about February 1, 2006, subsequent to a conviction for the commission of a felony, to wit, a conviction on or about January 13, 2003, in New York State Supreme Court, New York County, for Criminal Possession of a Controlled Substance in the Second Degree, a Class A Felony, in violation of New York Penal Law 220.18, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(1)).

_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

===========================================
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
===========================================

UNITED STATES OF AMERICA

- v. -

MORENO ALMONTE-PAULINO,
a/k/a "Modesto Paulino,"
a/k/a "Amante Moreno,"

Defendant.

===========================================

INDICTMENT

08 Cr.

(8 U.S.C. § 1326(a) and (b)(1))


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Angela L. Luna*
Foreperson.

===========================================

RC
7/23/08

Indictment filed, case assigned to Judge Buchwald.

F. Maas, USMJ